ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 1 6 2005 ★

BROOKLYN OFFICE

UNITED STATES OF AMERICA

v.

JONATHAN MORALES,

Defendant

02 CR 383 (FB)

Hon. Frederick Block, U.S.D.J.

## JUDICIAL RECOMMENDATION OF DESIGNATION BY THE BUREAU OF PRISONS TO FPC OTISVILLE

Whereas, the Court has been advised that the Defendant Jonathan Morales has been assigned to the MCC New York for service of his sentence of 20 months, and

Whereas, the Court believes that this designation does not best implement the intentions of the sentencing Court that the defendant be incarcerated at a Federal Prison Camp facility.

Wherefore, the Court hereby recommends that the Bureau of Prisons ("BOP") re-designate defendant Jonathan Morales to a FPC facility in the Northeast region deemed appropriate by the BOP, and that the Court Orders that a copy of this Recommendation and Order be served forthwith on the U.S. Marshall for the Eastern District of New York and that the Marshall deliver such Recommendation and Order to the BOP's New York Community Corrections Manager CCM, James Sullivan.

DATED: June 14, 2005

So Ordered:

HONORABLE FREDERICK BLOCK
United States District Judge